# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SEAN S. BACH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:13-CV-00888-CCE-JLW |
| LAW SCHOOL ADMISSION COUNCIL, INC., | ) ) ) |
| Defendant. | ) ) |

## DEFENDANT LSAC'S EXPEDITED MOTION
## TO DISMISS ON THE GROUNDS OF MOOTNESS

Pursuant to Fed. R. Civ. P. 12(b)(1) and L.R. 7.3, defendant Law School Admission Council ("LSAC") respectfully moves to dismiss this action. Because LSAC has granted Mr. Bach's request for accommodations on the December 2014 administration of the LSAT, the dispute between the parties is moot and the Court lacks subject matter jurisdiction over the action.

Expedited treatment is requested because trial is scheduled to start in less than two weeks. A separate motion is being filed to request expedited briefing and decision on this motion or, in the alternative, a continuance of the trial to allow for consideration of this mootness issue.

The grounds for this motion are set forth more fully in the accompanying memorandum of law, which is incorporated herein by reference.

Wherefore, LSAC requests that the Court dismiss this action and award LSAC such other and further relief as it deems proper.

Date: October 22, 2014

Respectfully submitted,

/s/ Caroline M. Mew
Caroline M. Mew, NC Bar No. 26454
Robert A. Burgoyne
FULBRIGHT & JAWORSKI LLP
801 Pennsylvania Avenue, NW
Washington, D.C. 20004-2623
Telephone: (202) 662-0200
Facsimile: (202) 662-4643
caroline.mew@nortonrosefulbright.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SEAN S. BACH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:13-CV-00888-CCE-JLW |
| LAW SCHOOL ADMISSION COUNCIL, INC., | ) ) ) |
| Defendant. | ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have verified that such filing was sent electronically using the CM/ECF system to the following:

Mark James Kleinschmidt            Charles Weiner
Tin Fulton Walker & Owen, PLLC     Law Office of Charles Weiner
312 W. Franklin St., Ste. 2        Cambria Corporate Center
Chapel Hill, NC 27516              501 Cambria Ave.
                                   Bensalem, PA 19020

*Attorneys for Plaintiff*

Respectfully submitted,

/s/ Caroline M. Mew

Caroline M. Mew, NC Bar No. 26454
FULBRIGHT & JAWORSKI LLP
801 Pennsylvania Avenue, NW
Washington, D.C.  20004-2623
Telephone:    (202) 662-0200
Facsimile:    (202) 662-4643
caroline.mew@nortonrosefulbright.com